UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ZARATE,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>TRINITY, et al.,<br><br>　　　　　　　　　Defendants | Case No. 2:22-cv-02046-RFB-BNW<br><br>ORDER |

**I.　DISCUSSION**

　　On December 12, 2022, the Court ordered Plaintiff to submit a fully complete application to proceed *in forma pauperis* on this Court's approved form or to pay the full $402 filing fee for a civil action by February 10, 2023. (ECF No. 3). The Court later received the mail returned as undeliverable because Plaintiff was no longer at the address listed with the Court. (ECF No. 5). On January 30, 2023, Plaintiff filed a notice of change of address and asked the Court for courtesy copies explaining that jail officials had transferred him without notice. (ECF No. 6).

　　Considering the change of address notice, the Court now extends the deadline for Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee for a civil action to **March 17, 2023**.

**II.　CONCLUSION**

　　It is therefore ordered that Plaintiff has **until March 17, 2023**, to either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

　　Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

1 | to refile the case with the Court, under a new case number, when Plaintiff can file a
2 | complete application to proceed *in forma pauperis* or pay the required filing fee.
3 |       The Clerk of the Court is directed to send Plaintiff Stephen Zarate the approved
4 | form application to proceed *in forma pauperis* for an inmate, instructions for the same, a
5 | copy of the inmate advisory letter (ECF No. 2), and a copy of the December 2022 order
6 | (ECF No. 3). The Clerk of the Court will retain the complaint (ECF No. 1-1) but not file it
7 | at this time.

DATED: February 3, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE