Stephen Joshua Zarate 7023645
_____
Name and Inmate Booking Number

CCDC 1115 Clark County Detention Center
_____
Place of Confinement

330 S Casino Center Blvd
_____
Mailing Address

Las Vegas, NV 89101
_____
City, State, Zip Code

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Stephen Joshua Zarate
_____
                        Plaintiff

vs.

(1) TRINITY _____ ,

(2) Humphry _____ ,

(3) _____ ,

(4) _____ ,

(5) _____ ,
                    Defendant(s).

Case No. 2:22-cv-02046-RFB-BNW
_____
(To be supplied by Clerk of Court)

## CIVIL RIGHTS COMPLAINT
## BY AN INMATE

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☐ Jury Trial Demanded

## A.    JURISDICTION

1)    This Court has jurisdiction over this action pursuant to:

☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
☐ Other: _____

2)    Institution/city where Plaintiff currently resides: Las Vegas, Nevada Clark County Detention Center

3)    Institution/city where violation(s) occurred: Clark County Detention Center

**B.    DEFENDANTS**

1.  Name of first Defendant: TRINITY . The first Defendant is employed as: Detention Center

CCDC DIATICION at CCDC 1115 Clark County.

(Position of Title)                         (Institution)

2.  Name of second Defendant: Humphry . The second Defendant is employed as:

Seargent CCDC 1115 at Clark County Detention Center

(Position of Title)                         (Institution)

3.  Name of third Defendant: _____ . The third Defendant is employed as:

_____ at _____ .

(Position of Title)                         (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:

_____ at _____ .

(Position of Title)                         (Institution)

5.  Name of fifth Defendant: _____ . The fifth Defendant is employed as:

_____ at _____ .

(Position of Title)                         (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.    NATURE OF THE CASE**

Briefly state the background of your case.

My medical Allergy is ONIONS And Mr/Mrs Trinity
Will Not Adhere to my medical Restrictions
Of A NON ONION Kosher Diet. I Am A Seven Day
Adventist And Am being forced to eat Against
My medical Restrictions I Have tried to WARN
Mr/Mrs Trinity of this Allegation And Have
Filed All proper grievances. She Won't tell me her
full NAme And Have Conspired With Seagent
Humphry Who also holds back his vAme on Retalition

2

## D.     CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: _14 Admendment_
_Due process_

2. **Claim 1**.  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☑ Access to the court        ☐ Excessive force by officer ☐ Retaliation

   ☐ Threat to safety           ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: _November-December 2022_

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

During the process of trying to Alleviate the Diet Situation Mr/Mrs Trinity would NOT Give me his/her Full Name to do my Civil LAwsuit or to even fix the Situation in my proper grievances and medical kites which lead Mr/Mrs trinity the Dietician of CCDCIIIS CLARK County Detention Center to Obstruct And Hinder the process of the Courts And Also violated my Due process rights by not disclosing his/her Full Name especially the Final month before I had no choice to File my Civil action based on his/her Job Description And Last Name. There excuse Its a security concern to know the Dietician's Full Name As Well As Correctional Officer HumpHRY SArgent of Clark County Detention Center

3

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: 6th Amendment Obstruction/hindering the process of the courts

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property

   ☐ Access to the court        ☐ Excessive force by officer ☒ Retaliation

   ☐ Threat to safety           ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: Nov 2022 - December 2022

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

During the process of my medical kites and Grievance procedure And my only chance At the only Remedy I can think of Giving me A medical Kosher No Onion Diet It was Reported by Correctional officer Humphry that I cannot contact TRINITY Cause "the Kiosk is Broken, Someone Tore the back off It (the Kiosk)" When the Kiosk Worked All Along It Just Someone Broke A Panel In the Booth Area that Is Situated Next to The only Source of Communication to Administration And Religious Service So I Quickly put together that All my Diligence At Seeking A Remedy (solution) with my Diet was Retatition to Stop All Access to Administration While TRINITY Set up A proper Civil Action Defense When It Didn't have to (Amount) Came to this conclusion

## CLAIM 2  3

1. State the constitutional or other federal civil right that was violated: _Negligence_
_Gross/Contributory_

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☒ Basic necessities    ☐ Medical care           ☐ Mail

☐ Disciplinary proceedings  ☐ Exercise of religion   ☐ Property

☐ Access to the court    ☐ Excessive force by officer  ☐ Retaliation

☐ Threat to safety      ☐ Other: _____ .

3. **Date(s) or date range** of when the violation occurred: _August 2022 - December 2022_

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

My Medical Allergy Is Common Has A Onion Allergy, particulary Red Onions, And Trinity Won't listen to Reason on following federal Regulations on medical Allergies which Is A Basic Requirment of A Pre-trial detainee of Nevada In Las Vegas Clark County. She won't and Refuse to Acknowledge my Onion (Red) Allergy Required By federal And State Law For A Diatician who holds a Diatary Liscence In the U.S particulary Nevada.

4

**D.    CAUSE(S) OF ACTION**

**CLAIM 1** X 4

1. State the constitutional or other federal civil right that was violated: Religious Freedom
   RFRA

2. **Claim 1**. Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   ☐ Basic necessities        ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings  ☒ Exercise of religion      ☐ Property

   ☐ Access to the court       ☐ Excessive force by officer  ☐ Retaliation

   ☐ Threat to safety          ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: August 2022 - December 2022

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   As A Seven DAY Advent (7-DAY-Adventist) I Am Forced by TRINITY the Dietician OF CCDC IIIS to eat A NON-Type Kosher Diet that has my medical Allergy Red Onions. My Established medical Allergy was in 2017, And I was on the Religious Kosher Diet At the Same time. While CCDC followed my medical Allergy (Restriction) But In 2022 After months of Arguing, pleading, petitioning, TRINITY has ignored all pleas to Adhere to the Kosher Dietary Standards While not following the medical Restrictions placed on me for my Red Onion Allergy By Allowing Any type of Onion product powder in the preparing of my Kosher meal

**CLAIM 3**

1. State the constitutional or other federal civil right that was violated: _____
   _____

2. **Claim 3**.  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   □ Basic necessities          □ Medical care          □ Mail

   □ Disciplinary proceedings   □ Exercise of religion  □ Property

   □ Access to the court        □ Excessive force by officer   □ Retaliation

   □ Threat to safety           □ Other: _____.

3. **Date(s) or date range** of when the violation occurred: _____.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3.  Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

5

## E.    PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?    ☒ Yes    ☐ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☐ Yes    ☒ No

## F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief: ~~per person 228,000.00~~ Two Hundred Twenty Eight Thousand Dollars

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_Pro-Se_
(name of person who prepared or helped prepare this complaint if not the plaintiff)

_[signature]_
(signature of plaintiff)

12-6-22
(date)

## ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6