1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

4

5

6

7

8

| STEPHEN ZARATE, | Case No. 2:22-cv-02046-RFB-BNW |
|---|---|
| Plaintiff | ORDER |
| v. | |
| TRINITY, et al., | |
| Defendants | |

9   On January 19, 2024, this Court screened Plaintiff's first amended complaint, giving him

10  until February 19, 2024, to file a second amended complaint, if he so chose. (ECF No. 9). That

11  deadline expired and Plaintiff did not file an amended complaint. However, the Court's mail to

12  Plaintiff has been returned as undeliverable, noting that he is no longer housed at Lake's Crossing

13  Center. (ECF No. 11). And according to the Nevada Department of Corrections inmate database,

14  Plaintiff is currently housed at High Desert State Prison. Nevada Local Rule of Practice IA 3-1

15  provides that a "pro se party must immediately file with the court written notification of any change

16  of mailing address, email address, telephone number, or facsimile number." "Failure to comply

17  with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions

18  as deemed appropriate by the court." Nev. IA 3-1.

19  IT IS THEREFORE ORDERED that Plaintiff has **until April 11, 2024**, to file his updated

20  address with the Court.

21  IT IS FURTHER ORDERED that Plaintiff has **until April 11, 2024,** to file a second

22  amended complaint consistent with the Court's January 19, 2024, screening order.

23  IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this

24  case will be subject to dismissal without prejudice. Dismissal without prejudice allows Plaintiff to

25  refile the case with the Court, under a new case number, when he can file an amended complaint

26  and provide the Court his updated address.

27  IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff Stephen Zarate,

28  #1155370, courtesy copies of the screening order (ECF No. 9), the approved form for filing a 42

U.S.C. § 1983 complaint and instructions for the same, and his first amended complaint (ECF No. 10) by delivering the same to High Desert State Prison's law library.

DATED THIS 11th day of March, 2024


BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE